# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043  For payments Only:
**Trustee**           Facsimile: (518) 449-2473  P.O Box 1918
**Bonnie Baker, Esq.**                          Memphis, TN 38101-1918
**Assoc. Attorney**

September 21, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   02-11249          Lewis & Elizabeth Bemiss

To Whom It May Concern:

Enclosed please find check **#921930** in the amount of **$27.52**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

   Claim No.       14

   Account#        0380008445591

   Creditor        Sears
                   POB 3671
                   Des Moines, Iowa 50322

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

**RECEIVED & FILED**

SEP 22 2010

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY